# UNITED STATES DISTRICT COURT
### District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

**Plaintiff,**

v.                                             **CASE NO. 6:26-cr-10081-EFM-1-2**

**JOHNNY E. GRIFFITH, and
SERENITY O. NAPIER,**

**Defendant.**

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1

**POSSESSION OF A FIREARM
BY A CONVICTED FELON
[18 U.S.C. § 922(g)(1)]**

On or about August 5, 2025, in the District of Kansas, the defendant,

**JOHNNY E. GRIFFITH,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony), did knowingly and unlawfully possess, in and affecting commerce, a firearm, including a Polymer80 Inc, model PF940C, 9x19 caliber pistol, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) and Section 2.

1

## COUNT 2

**POSSESSION OF AMMUNITION
BY A CONVICTED FELON
[18 U.S.C. § 922(g)(1)]**

On or about August 5, 2025, in the District of Kansas, the defendant,

**JOHNNY E. GRIFFITH,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony), did knowingly and unlawfully possess, in and affecting commerce, ammunition, including two previously fired 9mm luger ammunition cartridge casings, each ammunition having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) and Section 2.

## COUNT 3

**ARSON
[18 U.S.C. § 844(i)]**

On or about October 26, 2025, in the District of Kansas, the defendant,

**JOHNNY E. GRIFFITH,**

did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive, a building and real property used in interstate commerce and in activities affecting interstate commerce, to wit: the building, residential dwelling, and rental property consisting of rental units (duplexes), including the duplex located at 3244 S. Victoria #100, Wichita, Kansas.

In violation of Title 18, United States Code, Section 844(i).

2

## COUNT 4

### POSSESSION OF AN UNREGISTERED FIREARM
### [26 U.S.C. § 5861(d)]

On or about October 26, 2025, in the District of Kansas, the defendant,

### JOHNNY E. GRIFFITH,

knowingly possessed a firearm, namely, a destructive device as defined in Title 26, United States Code, Section 5845(a)(8) and (f), to wit: an improvised incendiary bomb, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

## COUNT 5

### POSSESSION OF A FIREARM
### BY A CONVICTED FELON
### [18 U.S.C. § 922(g)(1)]

On or about November 19, 2025, in the District of Kansas, the defendant,

### JOHNNY E. GRIFFITH,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony), did knowingly and unlawfully possess, in and affecting commerce, a firearm, including a Polymer80 Inc, model PF940C, 9x19 caliber pistol, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) and Section 2.

## COUNT 6

### POSSESSION OF AMMUNITION
### BY A CONVICTED FELON
### [18 U.S.C. § 922(g)(1)]

On or about November 19, 2025, in the District of Kansas, the defendant,

### JOHNNY E. GRIFFITH,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony), did knowingly and unlawfully possess, in and affecting commerce, ammunition, namely fifteen assorted live 9mm Luger ammunition cartridges, said ammunition having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 7

### POSSESSION OF A FIREARM
### BY A CONVICTED FELON
### [18 U.S.C. § 922(g)(1)]

On or about January 5, 2026, in the District of Kansas, the defendants,

### JOHNNY E. GRIFFITH and
### SERENITY O. NAPIER,

knowing that defendant Johnny E. Griffith had previously been convicted of a crime punishable by imprisonment for a term exceeding one year (a felony), did knowingly and unlawfully possess and did aid and abet the possession of, in and affecting commerce, a firearm, namely a Smith & Wesson, model M&P 9 Shield, 9mm Luger caliber pistol, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and Section 2.

**FORFEITURE NOTICE**

1.      The allegations contained in Counts 1 through 7 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offenses set forth in Counts 1 through 7 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offenses, including, but not limited to:

A.      A Smith & Wesson, model M&P 9 Shield, 9mm Luger caliber pistol, bearing serial number HWC4981;

B.      A Polymer80 Inc, model PF940C, 9x19 caliber pistol, with no serial number listed; and

C.      Accompanying ammunition, including but not limited to:
   I.      eleven (11) live 9mm Luger ammunition cartridges having a brass-colored metallic cases, live centerfire primers, and projectiles, with the headstamp markings of "WIN" centered at the 12 o'clock position and "9MM LUGER" at the 6 o'clock position;
   II.     one (1) live 9mm Luger ammunition cartridge having a brass-colored metallic case, live centerfire primer, and projectile, with the headstamp markings of "WIN" centered at the 12 o'clock position and "9MM LUGER" at the 6 o'clock position;
   III.    one (1) live 9mm luger ammunition cartridge with a brass-colored metallic case, live centerfire primer, and projectile, with the headstamp marking of "9mm LUGER" centered at the 12 o'clock position and "* CBC *" at the 6 o'clock position. The * represents dashes;

5

IV.     one (1) live 9mm luger ammunition cartridge with a brass-colored metallic case, live centerfire primer, and projectile, with the headstamp marking of "GFL" centered at the 12 o'clock position and "9mm . LUGER" at the 6 o'clock position;

V.     one (1) live 9mm luger ammunition cartridge with a brass-colored metallic case, live centerfire primer, and projectile, with the headstamp marking of "GFL" centered at the 12 o'clock position and "9mm . LUGER" at the 6 o'clock position; and

VI.     two previously fired 9mm luger ammunition cartridge casings having a brass-colored metallic cases, dimpled centerfire primers, with the headstamp markings of "GFL" centered at the 12 o'clock position and "9mm . LUGER" at the 6 o'clock position.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

May 19, 2026                           s/Foreperson
DATE                                   FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY


By: /s/ *Oladotun O. Odeyemi*
OLADOTUN O. ODEYEMI
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: ola.odeyemi@usdoj.gov
Ks. S. Ct. No. 29178

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

6

## **PENALTIES**

### **Counts 1-2, 5-7: 18 U.S.C. § 922(g)(1) – Possession of Ammunition/Firearm by a Convicted Felon**

- Punishable by a term of imprisonment of not more than fifteen (15) years. 18 U.S.C. § 924(a)(8).
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

### **Count 3: 18 U.S.C. § 844(i) – Arson**

- Punishable by a term of imprisonment of not less than five (5) and not more than twenty (20) years. 18 U.S.C. § 844(i).
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3) and (e).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture

### **Count 4: 26 U.S.C. § 5861(d) - Possession of an Unregistered Firearm**

- Punishable by a term of imprisonment of not more than ten (10) years. 26 U.S.C. § 5871.
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3) and (e).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.